**Order entered September 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01104-CV

### IN THE INTEREST OF A.L.S., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 79,649**

## ORDER

In accordance with this Court's opinion of this date, we **AFFIRM** the trial court's September 15, 2014 order sustaining the contests to appellant's affidavit of indigence.

On the Court's own motion, we **ORDER** Stacey Landrum, Hunt County District Clerk, to file, **on or before OCTOBER 2, 2014**, either: (1) the clerk's record; or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 28.4(b)(2) & 35.3(c). We caution appellant that if the Court receives written verification of no payment, we may dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

On the Court's own motion, we **ORDER** Becky Wheeler, Official Court Reporter for the 196th Judicial District Court of Hunt County, Texas, to file, **on or before OCTOBER 2, 2014**, either: (1) the reporter's record; or (2) written verification that appellant has not paid for or made arrangements to pay for the reporter's record. *See* TEX. R. APP. P. 28.4(b)(2) & 35.3(c). We caution appellant that, if the Court receives written verification of no payment, we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE